IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Maldonado, Martin | Case Number: 06 B 15917 |
| | Judge: Hollis, Pamela S |
| Printed: 6/3/08 | Filed: 12/4/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: April 21, 2008
Confirmed: February 12, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 8,760.00 | |
| Secured: | | 5,472.59 |
| Unsecured: | | 0.00 |
| Priority: | | 1,327.51 |
| Administrative: | | 1,500.00 |
| Trustee Fee: | | 459.90 |
| Other Funds: | | 0.00 |
| Totals: | 8,760.00 | 8,760.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Legal Helpers | Administrative | 1,500.00 | 1,500.00 |
| 2. | Fifth Third Bank | Secured | 0.00 | 0.00 |
| 3. | Monterey Financial Services | Secured | 0.00 | 0.00 |
| 4. | Fifth Third Bank | Secured | 28,944.76 | 5,472.59 |
| 5. | Illinois Dept of Revenue | Priority | 1,327.51 | 1,327.51 |
| 6. | GMAC Auto Financing | Unsecured | 2,302.24 | 0.00 |
| 7. | Portfolio Recovery Associates | Unsecured | 2,511.20 | 0.00 |
| 8. | B-Line LLC | Unsecured | 905.06 | 0.00 |
| 9. | Illinois Dept of Revenue | Unsecured | 144.14 | 0.00 |
| 10. | Nicor Gas | Unsecured | 378.28 | 0.00 |
| 11. | Resurgent Capital Services | Unsecured | 1,129.91 | 0.00 |
| 12. | Dependon Collections Service | Priority | | No Claim Filed |
| 13. | Capital One | Unsecured | | No Claim Filed |
| 14. | HSBC Bank USA | Unsecured | | No Claim Filed |
| 15. | HSBC Bank USA | Unsecured | | No Claim Filed |
| 16. | NW Collector | Unsecured | | No Claim Filed |
| 17. | Professional Account Management | Unsecured | | No Claim Filed |
| 18. | Van Ru Credit Corporation | Unsecured | | No Claim Filed |
| 19. | Merchants | Unsecured | | No Claim Filed |
| 20. | Dependon Collections Service | Unsecured | | No Claim Filed |
| | | | $ 39,143.10 | $ 8,300.10 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4.8% | 105.12 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Maldonado, Martin | Case Number: 06 B 15917 |
| | Judge: Hollis, Pamela S |
| Printed: 6/3/08 | Filed: 12/4/06 |

                        5.4%              354.78
                                        _____
                                      $ 459.90

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                      Marilyn O. Marshall, Trustee, by:

